UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANCISCO MUNOZ CABRERA,

Petitioner,

v.                                             Case No.:  2:26-cv-01156-SPC-NPM

WARDEN, ALLIGATOR
ALCATRAZ DETENTION
FACILITY *et al.*,

Respondents,

_____/

## OPINION AND ORDER

Before the Court is a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) filed by Lazaro Munoz Cabrera on behalf of Francisco Munoz Cabrera.  "Application for a writ of habeas corpus shall be in writing *signed and verified* by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242.  The latter part of that provision codifies the common law tradition of permitting a "next friend" to litigate on behalf of a detained person who is unable to seek relief himself, "usually because of mental incompetence or inaccessibility." *Whitmore v. Arkansas*, 495 U.S. 149, 162 (1990).  But "'next friend' standing is by no means granted automatically to whomever seeks to pursue an action on behalf of another." *Id*. 1t 163.  The "next friend" must adequately explain why the detainee cannot appear on his own behalf to prosecute the action, and he must be truly dedicated to the best

interests of the detainee.  *Id.*  "The burden is on the 'next friend' clearly to establish the propriety of his status and thereby justify the jurisdiction of the court."  *Id.* at 164.

Lazaro Munoz Cabrera does not establish the propriety of "next friend" standing here.  Specifically, he does not explain his relationship to Francisco Munoz Cabrera or otherwise demonstrate that he is truly dedicated to Francisco's best interests.  Accordingly, the petition (Doc. 1) is **DISMISSED without prejudice** for lack of standing.  Munoz Cabrera may file an amended petition within **21 days** of this order.  If someone other than Munoz Cabrera seeks to sign an amended petition on his behalf, that person must justify "next friend" status.

**DONE AND ORDERED** in Fort Myers, Florida on April 14, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record